JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/448-3030
916/489-9297 fax

Attorney for Plaintiff
MAI-HOA T. Huynh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI-HOA T. HUYNH,<br><br>        Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>        Defendant. | CASE NO. 2:06-CV-00920-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file her motion for summary judgment in the above-referenced case is hereby extended from its present due date to thirty (30) days from the date of this order.  This is the first extension requested and is needed because Plaintiff's attorney just completed two other Social Security briefs and an 18-page mediation brief within the past week.

/////

/////

/////

/////

Stip.& Order Ext. Def.'s Time
2:06-cv-00920-PAN (JFM)

**1**

DATED: 10/23/06                            /s/ Jesse S. Kaplan

                                               JESSE S. KAPLAN
                                               Attorney at Law
                                               Attorney for Plaintiff

DATED: 10/23/06                            /s/ Jesse S. Kaplan

                                               BOBBIE J. MONTOYA
                                               Assistant U.S. Attorney
                                               Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.  As Petitioner filed her motion for summary judgment on November 13, 2006, Petitioner's motion is granted nunc pro tunc to October 23, 2006.

DATED: December 7, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security Cases
Huynh.stipord.eot.ss.wpd