1. JESSE S. KAPLAN CSB# 103726
   5441 Fair Oaks Bl. Ste. C-1
2. Carmichael, CA   95608
   (916) 488-3030
3. (916) 489-9297 fax

4. Attorney for Plaintiff
   MAI-HOA T. HUYNH

8. UNITED STATES DISTRICT COURT

9. FOR THE EASTERN DISTRICT OF CALIFORNIA

11. MAI-HOA T. HUYNH,                             NO. 2:06-CV-00920-GEB-PAN (JFM)

12.     Plaintiff,

13. v.                                             STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEF

14. JO ANNE BARNHART,
    Commissioner of Social Security

15.     Defendant.

## STIPULATION

It is hereby stipulated between the parties, through their undersigned attorneys, that plaintiff shall have an extension of time to seven (7) days from the date of this order in which to file the reply brief.

SO STIPULATED.

DATED: January 26, 2007           */s/ Jesse S. Kaplan*
                                  JESSE S. KAPLAN

                                  Attorney for Plaintiff
                                  MAI-HOA T. HUYNH

DATED: January 30, 2007           */s/ Jaime L. Preciado*
                                  JAIME L. PRECIADO

                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

1

1  ORDER

2  GOOD CAUSE APPEARING from the above stipulation, IT IS ORDERED that plaintiff
3  shall have seven days from the date of this order within which to file the reply brief.
4  DATED: February 2, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13
Huynh.0920.stipord.eot.ss.wpd